## Commonwealth ex rel. Smith, Appellant, *v.* Hendrick.

Argued September 15, 1964. *John R. Suria*, Assistant Defender, for appellant; *John F. Hassett*, Assistant District Attorney, with him *Thomas M. Reed*, Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Stewart, Appellant, *v.* Rundle.

Submitted September 14, 1964. *James R. Stewart*, appellant, in propria persona; *Gordon Gelfond*, Assistant District Attorney, *Thomas M. Reed*, Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.